# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HENRY JAMES BROADES, | ) |
| Petitioner, | ) |
| v. | ) CIV-05-97-R |
| SHERIFF JOHN WHETSEL, | ) |
| Respondent. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered March 25, 2005. No objection to the Report and Recommendation has been filed. Petitioner was granted an extension of time until April 25, 2005 in which to object but has not sought or been granted any further extension of time in which to file his objection. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition herein, construed as a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.

**IT IS SO ORDERED this 29th day of April, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE